# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CV-00671-FDW-DCK

| | | |
|---|---|---|
| CHANTEL E. WARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHRIS KING, JOHN DOE & JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Plaintiff Chantel E. Warrington's Notice of Petition and Verified Petition For Warrant of Removal.[1] (Doc. No. 3). The Court previously issued an Order denying Plaintiff's Petition. (Doc. No. 4). That Order is hereby VACATED.

IT IS SO ORDERED.

Signed: October 29, 2012

Frank D. Whitney
United States District Judge

---

[1] In her Petition, Ms. Warrington lists herself as Petitioner and the "State of North Carolina[,] Mecklenberg County" as Respondent (although, in her certificate of service for the Petition, she later lists Chris King as the only party of record in the lower state court proceedings). (Doc. No. 3). Since the first document filed in this case is Ms. Warrington's Complaint listing herself as Plaintiff and Chris King, John Doe, and Jane Doe as Defendants, (Doc. No. 1), this Order will refer to Ms. Warrington as Plaintiff, not Petitioner.