UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00671-FDW-DCK

| | |
|---|---|
| CHANTEL E. WARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHRIS KING, JOHN DOE & JANE DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte regarding Plaintiff Chantel E. Warrington's Application to Proceed in District Court Without Prepaying Fees or Costs, i.e. motion to proceed in forma pauperis. (Doc. No. 2.) On October 30, 2012, in response to Plaintiff's Application, the Court entered an Order, (Doc. No. 7), requiring Plaintiff to provide proof of her income and expenses for the last twelve (12) months. The Court also ordered Plaintiff to show cause why her complaint should not be dismissed for making false statements within her Application. Plaintiff was given twenty (20) days to comply with the Order. That time period has elapsed and no response has been filed by Plaintiff. Accordingly, this case is DISMISSED.

IT IS SO ORDERED.

Signed: November 26, 2012

Frank D. Whitney
United States District Judge