# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chantel E. Warrington ,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                     3:12-cv-00671-FDW-DCK

Chris King ; John Doe ; Jane Doe,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court